THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ERIC HORTON, individually and on behalf of all others simiarily situated,

Plaintiff,

v.

AMERICOOL HEATING & A/C, L.L.C. d/b/a AMERICOOL HEATING & AIR CONDITIONING, a Washington Limited Liability Company; LINCOLN ANDERSON, individually and on behalf of the marital community comprised of LINCOLN ANDERSON and TAMARA ANDERSON; NORMAN UPSON, individually and on behalf of the marital community comprised of NORMAN UPSON and MELISSA UPSON,

Defendants.

Case No. 2:22-cv-01838-LK

**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S SECOND CLAIM FOR RELIEF**

**NOTED FOR CONSIDERATION:**
**February 17, 2023**

## I.   STIPULATION

In the second claim for relief set forth in his complaint, Dkt. 1-1, Plaintiff Eric Horton alleges Defendants violated the provisions of RCW 49.12.020 and WAC 296-126-092(1) & (2), which require employers to provide meal breaks to employees.

In their answer to Plaintiff's complaint, Defendants have asserted an affirmative defense based on RCW 49.12.187, which provides in relevant part that "rules adopted under this

STIPULATION AND ORDER TO DISMISS PLAINTIFF'S
SECOND CLAIM FOR RELIEF
Case No. 2:22-cv-01838-LK

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

chapter regarding appropriate . . . meal periods as applied to employees in the construction trades may be superseded by a collective bargaining agreement negotiated under the national labor relations act, 29 U.S.C. Sec. 151 *et seq.*, if the terms of the collective bargaining agreement covering such employees specifically require . . . meal periods and prescribe requirements concerning those . . . meal periods." Dkt. 12 at 29. Defendants maintain that given RCW 49.12.187 and the application to Plaintiff of a collective bargaining agreement between the Inland Northwest Sheet Metal Contractors Association and the Northwest Regional Council of SMART Local Union 55, Plaintiff's second claim for relief is preempted by Section 301 of the Labor Management Relations Act, 29 U.S.C. Sec. 141 *et seq*. ("LMRA"). Dkt. 1 at 5-7.

Plaintiff concedes that his second claim for relief is preempted under Section 301 of the LMRA. Plaintiff also concedes that as a result of this, he cannot pursue damages under his fourth and sixth claims for relief that are based on the second claim for relief.

Plaintiff also asserts claims for off-the-clock work, including off-the-clock work performed as a result of being clocked out for a meal break not taken. Defendants maintain that these claims are also preempted under Section 301 of the LMRA, but Plaintiff disagrees. Defendants intend to file a motion on the issue.

In light of the foregoing, the parties agree that good cause exists to dismiss Plaintiff's second claim for relief as preempted under Section 301 of the LMRA and to prohibit Plaintiff from pursuing damages under the fourth and sixth claims for relief that are based on the second claim for relief. *See* Fed. R. Civ. P. 41(a)(1)(ii) (providing for stipulation by dismissal signed by all parties).

//

//

STIPULATED TO AND DATED this 1st day of May, 2023.

TERRELL MARSHALL LAW GROUP PLLC         DAVIS WRIGHT TREMAINE LLP

STIPULATION AND ORDER TO DISMISS PLAINTIFF'S
SECOND CLAIM FOR RELIEF
Case No. 2:22-cv-01838-LK

| | |
|---|---|
| By: /s/ Toby J. Marshall, WSBA #32726 | By: /s/ Devin Smith, WSBA #42219 |
| Toby J. Marshall, WSBA #32726 | Devin Smith, WSBA #42219 |
| Email: tmarshall@terrellmarshall.com | Email: devinsmith@dwt.com |
| Eric R. Nusser, WSBA #51513 | Madhura Panjini, WSBA #54370 |
| Email: eric@terrellmarshall.com | Email: madhurapanjini@dwt.com |
| Jasmin Rezaie-Tirabadi, WSBA #60285 | 929 108th Avenue NE, Suite 1500 |
| Email: jrezaie@terrellmarshall.com | Bellevue, Washington 98004 |
| 936 N. 34th Street, Suite 300 | Telephone: (425) 646-6108 |
| Seattle, Washington 98103 | Facsimile: (425) 646-6199 |
| Telephone: (206) 206-816-6603 | |
| Facsimile: (206) 319-5450 | *Attorneys for Defendants* |

MENDEZ LAW GROUP, PLLC

By: /s/ Damian S. Mendez, WSBA #36157
  Damian S. Mendez, WSBA #36157
  Email: damian@damianmendezlaw.com
  3317 36th Avenue South, Unit B
  Seattle, Washington 98144
  Telephone: (206) 290-5148
  Facsimile: (206) 260-9010

*Attorneys for Plaintiff*

STIPULATION AND ORDER TO DISMISS PLAINTIFF'S
SECOND CLAIM FOR RELIEF
Case No. 2:22-cv-01838-LK

## II. ORDER

Plaintiff's second claim for relief, which alleges a violation of Washington's meal break laws, is DISMISSED as preempted under Section 301 of the Labor Management Relations Act, and Plaintiff is PROHIBITED from pursuing damages under the fourth and sixth claims for relief that are based on the second claim for relief. The Court RESERVES RULING on the parties' dispute over whether Plaintiff may pursue unpaid wage claims for off-the-clock performed as a result of being clocked out for a meal break not taken.

IT IS SO ORDERED.

DATED this 1st day of May, 2023.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Toby J. Marshall, WSBA #32726
　　Toby J. Marshall, WSBA #32726
　　Email: tmarshall@terrellmarshall.com
　　Eric R. Nusser, WSBA #51513
　　Email: eric@terrellmarshall.com
　　Jasmin Rezaie-Tirabadi, WSBA #60285
　　Email: jrezaie@terrellmarshall.com
　　936 N. 34th Street, Suite 300
　　Seattle, Washington 98103
　　Telephone: (206) 206-816-6603
　　Facsimile: (206) 319-5450

STIPULATION AND ORDER TO DISMISS PLAINTIFF'S
SECOND CLAIM FOR RELIEF
Case No. 2:22-cv-01838-LK

| | |
|---|---|
| 1 | MENDEZ LAW GROUP, PLLC |
| 2 | By: /s/ Damian S. Mendez, WSBA #36157 |
| |     Damian S. Mendez, WSBA #36157 |
| 3 |     Email: damian@damianmendezlaw.com |
| 4 |     3317 36th Avenue South, Unit B |
| |     Seattle, Washington 98144 |
| 5 |     Telephone: (206) 290-5148 |
| |     Facsimile: (206) 260-9010 |
| 6 | |
| 7 | *Attorneys for Plaintiff* |
| | DAVIS WRIGHT TREMAINE LLP |
| 8 | |
| 9 | By: /s/ Devin Smith, WSBA #42219 |
| |     Devin Smith, WSBA #42219 |
| 10 |     Email: devinsmith@dwt.com |
| |     Madhura Panjini, WSBA #54370 |
| 11 |     Email: madhurapanjini@dwt.com |
| 12 |     929 108th Avenue NE, Suite 1500 |
| |     Bellevue, Washington 98004 |
| 13 |     Telephone: (425) 646-6108 |
| |     Facsimile: (425) 646-6199 |
| 14 | |
| 15 | *Attorneys for Defendants* |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| | STIPULATION AND ORDER TO DISMISS PLAINTIFF'S |
| | SECOND CLAIM FOR RELIEF |
| | Case No. 2:22-cv-01838-LK |